AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
10/2/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/2/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: dgv DEPUTY

United States of America

v.

Steven Carlos Duenas,

Defendant

Case No. 2:26-mj-05781-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 2, 2026 in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 26 U.S.C. § 5861(c), and (f) | Prohibited Acts Regarding Destructive Devices |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*Complainant's signature*

Hailey Andrew Kryszewski, FBI Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/2/2026 at 5:45pm

*Judge's signature*

City and state: Los Angeles, California

Hon. Christina T. Shay, U.S. Magistrate Judge

*Printed name and title*

AUSA: El-Amamy x0552

# AFFIDAVIT

I, Hailey Andrew Kryszewski, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed as such since October 2023. I am currently assigned to a Domestic Terrorism and Weapons of Mass Destruction Squad of the Los Angeles Field Office, where I primarily investigate people who commit violent criminal acts in furtherance of their political or social ideology. During my career, I have led and participated in numerous criminal and national security investigations, including those involving the use of digital devices and online accounts to facilitate violations of federal law. As an FBI Special Agent, I have participated in multiple investigations regarding domestic terrorism, riots, and racial and ethnically motivated violent extremists. Through my training and experience, I have learned and used a variety of investigative techniques and resources, including surveillance, subpoenas, search warrants, evidence seizures, and analysis of telephone and other digital records. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against STEVEN CARLOS DUENAS ("DUENAS") for a

violation of 26 U.S.C. § 5861(c), and (f) (Prohibited Acts Regarding Destructive Devices).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## III. LEGAL BACKGROUND

4. Pursuant to 26 U.S.C. § 5861:

> It shall be unlawful for any person –
>
> . . .
>
> (c) to receive or possess a firearm made in violation of the provisions of this chapter
>
> . . .
>
> (f) to make a firearm in violation of the provisions of this chapter.

5. Pursuant to 26 U.S.C. § 5845(f):

> The term "destructive device" means (1) any explosive, incendiary, or poison gas (A) bomb, (B) grenade, (C) rocket having a propellent charge of more than four ounces, (D) missile having an explosive or incendiary charge of more than one-quarter ounce, (E) mine, or (F) similar device . . . and (3) **any combination of parts either designed or intended for use in converting any device into a destructive device as defined in subparagraphs (1) . . . and from which a destructive device may be readily assembled.**

(emphasis added).

6. A Molotov cocktail is a "destructive device" as that term is defined in 26 U.S.C. § 5845(f)(1).

## IV. STATEMENT OF PROBABLE CAUSE

7. Based on my training, experience, and knowledge of the investigation, as well as my review of reports written by other law enforcement officers, I am aware of the following:

a. On September 28, 2026, the Community Security Initiative[1] New York ("CSI NY") identified multiple X/Twitter posts associated with the account @MechaGoy (the "SUBJECT X ACCOUNT") that contain indicators suggesting the account holder may be planning an attack against a Chabad-affiliated location in the Los Angeles area.

b. The Community Security Initiative Los Angeles ("CSI LA"), and law enforcement as detailed below, identified the account holder as DUENAS.

c. On September 28, 2026, DUENAS posted on the SUBJECT X ACCOUNT:

i. "Grok,[2] based on my content, what is the likelihood i will commit an act of terrorism against Jews, or Jew sympathizers like @elon?"

---

[1] Based on my review of open-source information, I am aware that the Community Security Initiative, or "CSI," is a communal security program designed to protect Jewish institutions, synagogues, schools, and community centers by connecting them with law enforcement and providing comprehensive safety resources. See https://csiny.org/.

[2] Based on my training and experience, I am aware that Grok is an artificial intelligence chatbot and assistant.

ii. "Grok, give me the addresses to all Chabad centers within a 10 mile radius of 90027.[3] I'm planning 'something.'"

iii. "@grok give me the address of the Synagouge [sic] closest to 90027."

d. Additionally, DUENAS recently used the SUBJECT X ACCOUNT to post multiple images that appear to depict Molotov cocktails:

i. On September 19, 2026, DUENAS used the SUBJECT X ACCOUNT to post on X/Twitter: "It's the end of Los Feliz as (((you))) know it... and I feel fine." 🎶 🎵 I ❤️ my homies ... The Houthis[4] 🔥" with a video featuring a lighter, gasoline canister, jug of motor oil, and multiple glass bottles. I am aware that the triple parentheses are a commonly used antisemitic typographical symbol used online by antisemites referring to Jews or Jewish organizations. A picture of the text from the SUBJECT X ACCOUNT, including the components to construct a Molotov cocktail is below:

---

[3] Based on my knowledge of the investigation, I am aware that this is the zip code of DUENAS's residence.

[4] On March 5, 2025, the Secretary of State designated Ansarallah as Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act. On February 16, 2024, the United States Secretary of State designated Ansarallah as a Specially Designated Global Terrorist under section 1(a)(ii)(A) of Executive Order 13224, as amended. The Secretary of State has also listed the following aliases for Ansarallah: Ansar Allah, Ansarullah, Partisans of God, Supporters of God, and **Houthi group**. To date, Ansarallah remains a designated FTO.




ii. On September 19, 2026, DUENAS used the SUBJECT X ACCOUNT to post on X/Twitter: "1st Batch – 'Goy De Ley'[5] cocktail Don't simply watch the war, participate by enjoying a Goy De Ley cocktail. Special Reserve 2026 - Los Feliz 'Can you smell it?'" with a photo of a glass bottle labeled "Goy De Ley" in front of a TV playing footage of the 9/11 mass casualty event. A photograph of the post is below:




---

[5] Based on open-source information, a "goy" is a term for a non-Jewish individual, while "de ley" is an expression that means "loyal" or "reliable." It appears that DUENAS labeled the glass bottle that can be used to create a Molotov cocktail with language stating that he is a loyal or reliable non-Jewish individual.

iii. On September 19, 2026, DUENAS used the SUBJECT X ACCOUNT to post on X/Twitter: "Second cocktail of the night 271k Max Cocktail" with a photo of a glass bottle labeled "271k Max."[6]

8. Based on my training, experience, and knowledge of the investigation, as well as my review of reports written by other law enforcement officers, I am aware of the following:

a. On January 11, 2024, DUENAS was interviewed by las enforcement officers regarding messages on his Instagram account "wwwdotsteven" of a hunting style rifle and the caption "Squeeze the Jews." DUENAS told the law enforcement officers that he held negative notions regarding all religions. DUENAS stated that he did not wish to commit any acts of violence against Jews or any other groups. DUENAS acknowledged that the content of the video had intimidated certain people and organizations. DUENAS agreed to stop posting content that could be intimidating to certain people or organizations.

b. On October 17, 2025, DUENAS used the SUBJECT X ACCOUNT to post on X/Twitter three altered images of a yellow Ryder truck in front of a local Jewish preschool.[7] Based on my training and experience, I believe that these images were

---

[6] According to CSI NY, this is a reference to the false assertion put forward by Holocaust deniers that only 271,000 Jews died in the Holocaust as opposed to nearly six million.

[7] Based on open-source information, I am aware that a Ryder truck is what Timothy McVeigh used to conceal the fertilizer bomb he detonated during his terrorist attack on the Alfred P. Murrah Federal Building. In the wake of the Oklahoma City Bombing, the image of a Ryder truck has been used to convey bomb threats.

insinuating a religiously motivated car bomb attack against the Jewish preschool near DUENAS's residence.

c. On October 30, 2025, DUENAS used the SUBJECT X ACCOUNT to post on X/Twitter: "I'd buy a gun and shoot a Jew. Do I win?" Based on my knowledge of the investigation, I am aware that DUENAS does not have any registered firearms.

d. On January 15, 2026, DUENAS used the SUBJECT X ACCOUNT to post on X/Twitter: "Not enough synagogues have been burned down."

e. On March 11, 2026, DUENAS used the SUBJECT X ACCOUNT to post on X/Twitter: "I just acquired some Tomahawks[8] from Facebook marketplace, might bomb [Local Jewish Preschool] later [Rocket Emoji]."[9]

f. On April 24, 2026, in reply to a New York Post news article regarding a plot attack a synagogue in Texas, DUENAS used the SUBJECT X ACCOUNT to post on X/Twitter: "If you're planning an attack on Jews.... DO NOT SHARE THIS INFO. You must be a Lone Wolf. Plan accordingly [Emoji]"

g. On February 28, 2026, DUENAS used the SUBJECT X ACCOUNT to post on X/Twitter an image, taken from what appears to be the balcony of a home of a neighborhood with the caption: "Iran, Los Feliz surrenders to you. Feel free to take our Jews." The location attached to the post is "Griffith Park, Los

---

[8] Based on my training, experience, and knowledge of the investigation, I believe that the reference to Tomahawk is a reference to a Tomahawk missile.

[9] The referenced Jewish preschool is in the Los Feliz neighborhood, near DUENAS's residence.

Angeles." DUENAS's residence is in the Los Feliz neighborhood of Los Angeles.

9. On or about October 1, 2026, the Honorable Pedro V. Castillo, United States Magistrate Judge, issued a search warrant in Case Numbers 2:26-MJ-05735, 2:26-MJ-05736, 2:26-MJ-05737 authorizing a search of DUENAS's residence, vehicle, and person. During the search of DUENAS's residence, I and other law enforcement officers located a combination of parts designed and intended to create a Molotov cocktail, including a glass bottle that contained gasoline and/or fuel:[10]





10. Based on my knowledge of this investigation and my consultation with other federal law enforcement officers, I am aware that DUENAS does not have any destructive devices registered to him in the National Firearms Registration and Transfer Record.

[10] Based on my knowledge of the investigation, I am aware that one or more agents at the search positively identified a liquid inside the bottle that smelled of gasoline and/or fuel.

**A. Mirandized Interview of DUENAS**

11. On October 2, 2026, I and another law enforcement officer conducted a Mirandized interview of DUENAS. During the interview, DUENAS admitted the following:

a. Use and ownership of the SUBJECT X ACCOUNT.

b. Purchasing components to construct a Molotov cocktail including gasoline and fuel.

c. When DUENAS used the SUBJECT X ACCOUNT to tweet the phrase "Goy De Ley cocktail," he was referring to a Molotov cocktail.

## V. CONCLUSION

12. For all the reasons described above, there is probable cause to believe that DUENAS violated 26 U.S.C. § 5861(c), and (f) (Prohibited Acts Regarding Destructive Devices).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 2 day of October, 2026.

HON. CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE