FILED
CLERK, U.S. DISTRICT COURT
10/28/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CARLOS DUENAS,<br>aka "@MechaGoy,"<br><br>Defendant. | CR 2:26-cr-00690-SVW<br><br><u>I N D I C T M E N T</u><br><br>[26 U.S.C. § 5861(d): Possession of an Unregistered Destructive Device] |

The Grand Jury charges:

[26 U.S.C. § 5861(d)]

On or about October 2, 2026, in Los Angeles County, within the Central District of California, defendant STEVEN CARLOS DUENAS, also known as "@MechaGoy," knowingly possessed a firearm, namely, a destructive device, as defined in Title 26, United States Code, Section 5845(a)(8) and (f), commonly known as a "Molotov Cocktail," which defendant DUENAS knew to be a destructive device,

//

//

//

and which had not been registered to defendant DUENAS in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Chapter 53.

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN YANNIELLO
Assistant United States Attorney
Chief, National Security Division

LANA MORTON OWENS
Assistant United States Attorney
Deputy Chief, National Security Division

REEMA M. EL-AMAMY
Assistant United States Attorney
National Security Division